```
Matthew Mellen (SBN: 233350)
Jessica Galletta (SBN: 281179)
Eunji Cho (SBN: 286710)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone:  (415) 315-1653
Facsimile:  (415) 276-1902

Attorneys for Plaintiff,
WAFAA ALMAHAMID-DICKEY
BENJAMIN DICKEY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAFAA ALMAHAMID-DICKEY, an individual, BENJAMIN DICKEY, an individual<br><br>    Plaintiffs,<br>  v.<br><br>U.S. BANK, N.A., a business entity; SPECIALIZED LOAN SERVICING, LLC, a business entity; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a business entity; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 3:16-cv-01274-LB<br><br>[*Honorable Laurel Beeler*]<br><br>**ORDER ON JOINT STIPULATION REGARDING DISMISSAL**<br><br><br><br>Complaint Filed: March 15, 2016<br>Trial:                  July 17, 2017 |

Pursuant to the joint stipulation regarding dismissal executed by Plaintiffs WAFAA ALMAHAMID-DICKEY and BENJAMIN DICKEY ("Plaintiffs"), Defendants U.S. BANK, N.A. ("U.S. BANK"), SPECIALIZED LOAN SERVICING, LLC ("SLS"), and BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP ("BDFTW") and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' causes of action against Defendant BDFTW are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii);

2. Plaintiffs' causes of action against Defendants U.S. BANK and SLS are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) and settlement reached between Plaintiffs and Defendants U.S. BANK and SLS;

3. All Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: December __8__, 2016      _____
                                 Hon. Laurel Beeler
                                 United States Magistrate Judge